IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSE ROSE-FEBRES                                                   PETITIONER

VERSUS                              CIVIL ACTION NO.5:04cv310-DCB-JCS

CONSTANCE REESE                                                    RESPONDENT

**FINAL JUDGMENT**

This cause is before the Court on United States Magistrate Judge James C. Sumner's Report and Recommendation [**docket entry no. 9**], which recommends that the petitioner's Petition for Habeas Corpus Relief [**docket entry no. 1**] be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 16th day of November, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE